```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 09 B 03942
   RUTH E PINES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7997

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/09/2009 and was not confirmed.

     The case was dismissed without confirmation 03/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    MORTGAGE NOTI  NOT FILED             .00            .00
PORTFOLIO RECOVERY        UNSECURED         1412.52            .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00             .00            .00
CHASE HOME FINANCE LLC    SECURED NOT I   21521.80             .00            .00
CHASE MANHATTAN MORTGAGE  UNSECURED      NOT FILED             .00            .00
CODILIS & ASSOCIATES      SECURED NOT I        .00             .00            .00
CODILIS & ASSOCIATES      UNSECURED      NOT FILED             .00            .00
THE JUDICIAL SALES CORP   NOTICE ONLY    NOT FILED             .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 09 B 03942 RUTH E PINES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                                    PAGE   2
    CASE NO. 09 B 03942 RUTH E PINES
```